LDD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 5:08-cr-00553-LDD |
| ARGENIS URENA | : | |

FILED
APR 15 2009
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk

ORDER

AND NOW, this 14th day of April 2009, upon consideration of Defendant's Motion to Suppress Physical Evidence, Statements, and Identifications (Doc. No. 29), Defendant's Motion in Limine to Exclude Evidence of Prior Convictions Pursuant to Federal Rule of Evidence 609 (Doc. No. 32), Defendant's Motion in Limine to Preclude Defendant's Statement under Rule 410 of the Federal Rules of Evidence (Doc. No. 35), the Government's Omnibus Opposition thereto (Doc. No. 37), the Government's Motion in Limine to Admit Evidence under Federal Rule of Evidence 609 (Doc. No. 36), Defendant's Supplemental Memorandum of Law in Support of Defendant's Motion in Limine to Preclude Defendant's Statement under Rule 410 of the Federal Rules of Evidence (Doc. No. 42), and the Government's Opposition to Defendant's Motion in Limine to Preclude Defendant's Statements (Doc. No. 43), it is hereby ORDERED as follows:

1. Defendant's Motion to Suppress Physical Evidence, Statements, and Identifications (Doc. No. 29) is DENIED;
2. Defendant's Motion in Limine to Preclude Defendant's Statement under Rule 410 of the Federal Rules of Evidence (Doc. No. 35) is DENIED; and
3. Decision on Defendant's Motion in Limine to Exclude Evidence of Prior

Convictions Pursuant to Federal Rule of Evidence 609 (Doc. No. 32) and the Government's Motion in Limine to Admit Evidence under Federal Rule of Evidence 609 (Doc. No. 36) is DEFERRED until Defendant chooses to take the stand.

BY THE COURT:

Legrome D. Davis, J.