IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 08-553 |
| | : | |
| ARGENIS URENA | : | |

## **ORDER**

**AND NOW**, this 12th day of July, 2022, after receiving the motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 filed by the *pro se* defendant, Argenis Urena (Doc. No. 99), it is hereby **ORDERED** as follows:

1. The government shall file a response to the motion on or before **July 26, 2022**;

2. The court will hold a telephonic hearing on the motion on **Wednesday**, **August 10, 2022**, at **2:00 p.m.** The *pro se* defendant and counsel for the government shall call 866-434-5269 and use pin 3623011# to enter the conference call;

3. The clerk of court shall serve a copy of this order on the *pro se* defendant and on the superintendent of FCI Coleman Medium;[1] and

4. The superintendent of FCI Coleman Medium shall ensure that the defendant is present for the telephonic hearing on Wednesday, August 10, 2022, at 2:00 p.m.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The address for FCI Coleman Medium is 846 NE 54th Terrace, Sumterville, FL 33521.