IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
:   CRIMINAL ACTION
v. :
: No. 08-553-01
ARGENIS URENA

## ORDER

**AND NOW**, this 29th day of July, 2025, it is hereby **ORDERED** that:

1. The Defendant's motion for compassionate relief [Doc. 122] is **DENIED** without prejudice to renew depending on the Supreme Court's ruling in *Rutherford v. United States,* 2025 WL 1603603 (June 6, 2025).

2. The Defendant's supplemental motion for compassionate relief [Doc. 126] is **DENIED** with prejudice.

3. The Defendant's supplemental motion for compassionate relief [Doc. 128] is **DENIED** with prejudice.

4. The Defendant's supplemental motion for compassionate relief [Doc. 131] is **DENIED** with prejudice.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**

1